United States Bankruptcy Court

Eastern District of Kentucky

| | |
|---|---|
| In re: | Case No. 06-60332-grs |
| Anthony K. Nantz | Chapter 7 |
| Alana Jean Nantz | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0643-6 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 07, 2025 | Form ID: trc | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2025:**

**Recip ID**         **Recipient Name and Address**
3160401        + GREENPOINT CREDIT CORP, 10680 TREENA ST STE 500, SAN DIEGO CA 92131-2447

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2025         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James R. Westenhoefer | JRWestenhoefer@aol.com  sherronpace@aol.com;jrw2@trustesolutions.net |
| John L. Daugherty | on behalf of U.S. Trustee U.S. Trustee john.daugherty@usdoj.gov |
| Ross Edward Murray | on behalf of Debtor Anthony K. Nantz ross@murraylaw.us priscilla@murraylaw.us;rossemurraylaw@gmail.com;r40927@notify.bestcase.com |
| Ross Edward Murray | on behalf of Joint Debtor Alana Jean Nantz ross@murraylaw.us priscilla@murraylaw.us;rossemurraylaw@gmail.com;r40927@notify.bestcase.com |
| U.S. Trustee | ustpregion08.lx.ecf@usdoj.gov |

District/off: 0643-6                                    User: admin                                    Page 2 of 2
Date Rcvd: Jul 07, 2025                                Form ID: trc                                   Total Noticed: 1
TOTAL: 5

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Kentucky
Case No. 06-60332-grs
Chapter 7

In re: Debtor(s) (including Name and Address)

Anthony K. Nantz
520 Nantz Road
London KY 40741

Alana Jean Nantz
520 Nantz Road
London KY 40741

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/05/2025.

Name and Address of Alleged Transferor(s):

Claim No. 17: GREENPOINT CREDIT CORP, 10680 TREENA ST STE 500, SAN DIEGO CA  92131

Name and Address of Transferee:

BLUEKAP ASSETS RECOVERY, INC
7901 4TH STREET N SUITE 300
ST. PETERSBURG, FL 33702

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    07/09/25

Nathan W. Lee
**CLERK OF THE COURT**